IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRO MARTINEZ-MENDOZA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-261-MEF-TFM |
| ) | |
| MONTGOMERY DELI, INC., *et al.* ) | (WO - DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

**O R D E R**

This cause is before the court on the Notice Concerning Settlement Conference and Mediation (Doc. #19), by which the parties have advised the court that the attorneys for both Plaintiffs and Defendants believe that mediation would promote the resolution of this case. This court's mediation program is voluntary, and generally, the court does not formally enter an order referring a case to a Magistrate Judge for mediation. Should the parties desire mediation of this case, they should arrange a conference call with the office of the Magistrate Judge assigned to this file to discuss scheduling the mediation. The Magistrate Judge assigned to this file is Magistrate Judge Terry F. Moorer. Of course, the parties are free to retain a mediator of their own choosing and pursue private mediation if they prefer it to the Court's mediation program.

DONE this 19th day of November, 2009

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE